# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-2745

COLORADO FARM BUREAU MUTUAL INSURANCE COMPANY, a Colorado Corporation,

    Plaintiff,

v.

KURT FRENTRESS,
COLORADO HAVEN LLC, and
THE BUREAU OF LAND MANAGEMENT,

    Defendants,

COLORADO FARM BUREAU MUTUAL INSURANCE COMPANY, a Colorado corporation,

    Third-Party Plaintiff,

v.

LYSTER AGENCY LLC, a Colorado corporation,

    Third-Party Defendant.

## NOTICE OF REMOVAL

    Defendant the Bureau of Land Management ("BLM"), through counsel, hereby gives notice of the removal of the above-captioned action pursuant to 28 U.S.C. § 1442(a)(1). The grounds for removal are as follows:

    1.    Defendant BLM is an agency of the United States.

2. On April 13, 2018 Plaintiffs initiated this matter in the Colorado District Court in Routt County, Colorado.

3. Service of the Amended Complaint for Declaratory Judgment on the BLM was perfected on August 26, 2019.

4. This action may be removed pursuant to 28 U.S.C. § 1442(a)(1) because it is a "civil action … that is commenced in a State court and … is against or directed to … [t]he United States or any agency thereof." Specifically, the BLM is an agency of the United States and is a named Defendant.

5. Copies of all process, pleadings, and orders served upon the BLM are attached to this Notice of Removal in compliance with 28 U.S.C. § 1446(a).

6. In compliance with D.C.COLO.LCivR 81.1, the BLM will promptly file with this Court any other pleadings, motions, and papers from the state court file once it receives a copy of those documents.

WHEREFORE, notice is given that the action now pending in the Colorado District Court for Routt County, Case No. 2018CV020028, has been removed to this Court.

DATED September 25, 2019.

JASON R. DUNN
United States Attorney

s/ Katherine A. Ross
Katherine A. Ross
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax: (303) 454-0408

E-mail: katherine.ross@usdoj.gov
Counsel for the BLM

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2019, I provided the foregoing pleading to the following non-CM/ECF participants, via first-class mail, postage prepaid, to:

Rob Baldwin, Esq.
Baldwin Law. LLC
66 W. Springer Drive, Suite 202
Highlands Ranch, CO 80129

Ellis J. Meyer, Esq.
Nicholas C. Poppe, Esq.
Nathan Dumm & Meyer P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776

Mark A. Freirich
Mark A. Freirich, P.C.
928 Lincoln Avenue, P.O. Box 774056
Steamboat Springs, CO 80477

L. Kathleen Chaney, Esq.
Lambdin & Chaney, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO 80237

*s/ Betsy Hernandez-Soto*
United States Attorney's Office